UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KELLY BILL (02) ) | Case No. 3:10-CR-00081 JD |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 2, 2010 [DE 41]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Kelly Bill's plea of guilty, and FINDS the defendant guilty of Count 1 of the Superseding Indictment, in violation of 18 U.S.C. § 922(g)(3), and Count 2 of the Superseding Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  January 5, 2011

                                              /s/ JON E. DEGUILIO
                                              Judge
                                              United States District Court